AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JONYSE JOHNSON

V.

PS ILLINOIS TRUST

CASE NUMBER: 03C 6517

ASSIGNED JUDGE: JUDGE DER-YEGHIAYAN

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE SIDNEY I. SCHENKIER

TO: (Name and address of Defendant)

PLEASE SERVE: PS ILLINOIS TRUST
1414 S. WABASH
CHICAGO, IL 60605

SEP 1 9 2003

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

CHRIS LANGONE
CRAIG FRISCH
JEFF NAFFZIGER
LANGONE LAW FIRM
25 E. WASHINGTON, SUITE 1805
CHICAGO, IL 60602

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

SEP 1 5 2003
DATE



AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 9-18-03 |
| NAME OF SERVER (PRINT) Takina Foston | TITLE | paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left copy of Complaint and Summons on employee at Public Storage located at 1414 S. Wabash

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

SEP 19 2003

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-18-03                   /s/ Takina Foston
              Date                       Signature of Server

25 E. Washington, #1805, Chicago, IL 60603
              Address of Server

FILED
SEP 18 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.